# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, New York 10532
DIRECT (914) 586-7006 | MAIN (914) 347-2600 | FAX (914) 347-8898

Jonathan R. Harwood | Partner | jharwood@tlsslaw.com

July 18, 2024

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

|      | Re: | Matter           | : | Tanir, Inc.  v. Peleus Insurance Company |
|------|-----|------------------|---|------------------------------------------|
|      |     | Civil Action No. | : | 24-cv-3603 (JMF)                         |
|      |     | Our File No.     | : | 650.0274                                 |

Dear Judge Furman:

We represent defendant Peleus Insurance Company ("Peleus") in the captioned action.  The initial conference in this case is scheduled for noon on July 25, 2024.  Due to personal and professional conflicts, we will not be able to meet with defendant's counsel to discuss a proposed discovery plan and submit it to the Court in accordance with the applicable schedule.  We thus request an adjournment of the conference to some time during the week of August 5, 2024, other that after 3:00 p.m. on August 7, 2024.  This is the first request for an adjournment of the initial conference.  Plaintiff's counsel as consented to this request.

Thank you for your attention to this matter.

Sincerely,

*Jonathan Harwood*

Jonathan R. Harwood

cc:    All Counsel of Record (via ECF)

The initial pretrial conference is currently scheduled for July 30, 2024, at 9:00 a.m. -- not noon on July 25, 2024.  In any event, the conference is hereby ADJOURNED to **August 6, 2024**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

July 18, 2024

www.traublieberman.com

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT