UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :
TANIR, INC. et al.,                                     :
                                                        :
                              Plaintiffs,               :          24-CV-3603 (JMF)
                                                        :
          -v-                                           :          ORDER
                                                        :
PELEUS INSURANCE CO.,                                   :
                                                        :
                              Defendant.                :
                                                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Thanksgiving, counsel shall submit a joint letter pursuant to the Case

Management Plan, *see* ECF No. 17, by **Wednesday, November 23, 2022**.  The letter should

address, in addition to the issues set forth in the CMP, whether the parties can do without a

conference altogether.  Unless and until the Court orders otherwise, all existing dates and

deadlines — including, as appropriate, the deadlines for summary judgment motions and/or a

proposed joint pretrial order, as set forth in the CMP — remain in effect.

If, after reviewing the parties' joint status letter, the Court concludes that a conference is

unnecessary at this time, it will issue an order canceling or rescheduling it.  If a conference is

held, it will be by telephone and may be scheduled for a different time.  To that end, counsel

should indicate in their joint status letter dates and times during the week of the currently

scheduled conference that they would be available for a telephone conference.  Unless and until

the Court orders otherwise, however, the conference will proceed — and will do so on the date

and time previously set.  In the event a conference is held, the parties should join it by calling the

Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884,

2

followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#)

key again.  **The parties should note that this call-in information is new; effective December**

**1, 2024, the Court will be using a new platform for its conference line.  The Court's**

**Individual Rules and Practice for Civil Cases will be updated accordingly in short order.**

Further, counsel should review and comply with the procedures for telephone

conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at

https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties,

**no later than 24 hours before the conference**, to send a joint email to the Court with the names

and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and

the telephone numbers from which counsel expect to join the call.


        SO ORDERED.

Dated:  November 21, 2024
        New York, New York                      _____
                                                     JESSE M. FURMAN
                                                  United States District Judge